**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 108.41.131.26
**Total Works Infringed:** 32  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0C147B5F0CE41966A8A5DD9F7E8065E307EA035F<br>File Hash: 1D916BEAF3A0F94CFE80F5214C1BB24C4FE933C4F16EBF4048B5277D24980A4B | 03-29-2021 13:22:17 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 2 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-23-2021 21:36:37 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 3 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-22-2021 04:43:32 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 4 | Info Hash: 15993034DF725B0F95C9E986F41206E43CE88572<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-17-2021 04:53:19 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 5 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 03-07-2021 19:28:26 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 6 | Info Hash: 5EFC372A9A232F2A2C4F836A90292238000157E3<br>File Hash: DF20477BA851C75D4916169B58F3860084D555D8B96BA91B1408066D86513723 | 03-01-2021 17:42:40 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 7 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 02-27-2021 18:38:11 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 8 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925<br>File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 02-14-2021 00:28:49 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 02-04-2021 23:13:31 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 10 | Info Hash: A278283F6272E595F38E1631666A571E1114F8EA<br>File Hash: 02D0C4A55A052D2EFCF4F9B06BEBCDC4108ECB4629B42B3582FE28BE02657604 | 02-04-2021 23:06:54 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 11 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02-04-2021 23:00:09 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 12 | Info Hash: FEEB895B9C9450A56EF2E58F9EC06EC6C180CDEC<br>File Hash: EBF2B063131214DFB8A7096741FF6D8E2A2BB046D1716B81EFA57399457A0F45 | 02-04-2021 22:46:23 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 13 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-04-2021 22:42:56 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 14 | Info Hash: FB1062DEBE9D48CFEC5732E50EF4462C3F741403<br>File Hash: 335EEFDCC5236DD95EA0EB3242E33659D0527EB8DC80CEAB01D6724156A5E8E8 | 01-06-2021 15:52:59 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 15 | Info Hash: 0E6AC56A6AA9D4A9F0D3F9481087369B8E69B747<br>File Hash: 4F818C3B64339FD173AE87F2B923B1F43CE182F2072404141702E784E3BEE5B2 | 01-06-2021 15:09:44 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 16 | Info Hash: 93B327A8C48936A0E4EE9E25BA5D92239B7F914E<br>File Hash: 00569396D8A24122745102BDD317673CF22263E245479FF762519E19B818C9C2 | 12-03-2020 19:50:58 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 17 | Info Hash: F3CF1837DFE7D20F9C4CCE0DA465C6410A2CE27B<br>File Hash: 19C374E54A1A0E664C4E35A7849FABA696B896BDECA1AD0F7E686DC0B6837A5C | 11-19-2020 03:41:51 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 07E7AE0C70026BD3B8536165701301638E4360A5<br>File Hash: 71AD2D0C7A73F9B640A0D36F3DD3DD491D9962B06C3B5C1B0A8F1147F5F75354 | 11-19-2020 03:40:37 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 19 | Info Hash: 7C9E7439294D283600D262EF7776E5CF9F31D41E<br>File Hash: 6B9279E5B80C868C4B6CB4049FB497DD3F916FCA0AE9A9449A07A3317535D973 | 11-19-2020 03:35:04 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 20 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-25-2020 22:56:50 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 21 | Info Hash: 5B688164813D5322EE27359355CBF7233F9C15A2<br>File Hash: 6D4F689F0D70E1DB29AF47F577AFEFA19C6260A7E08B4D5E75414BD3EF8A16B9 | 09-29-2020 15:53:15 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 22 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-15-2020 16:52:26 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 23 | Info Hash: EEAAE54461309F061A38546F50819E572E7D3688<br>File Hash: CB13D7EE042E3AD1AF02100A97AB996D978F3943D488E391B8C9ABA38D843BFC | 09-13-2020 13:33:37 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 24 | Info Hash: 7956A3114712350E70EC9DFA94F82D4AC6DFD90C<br>File Hash: 2AAB2EBE94960B902CBA8524DFD5AB098DC42382C9CBC25DFB4133CA1F16FDCD | 09-11-2020 05:51:56 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 25 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 07-28-2020 11:41:19 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 26 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07-28-2020 11:38:40 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5884C9F89D6EFD58A0082DCDEDAEE5349F6B91DE<br>File Hash: 8DD85857924EF5961549894FD4F9A4BC5D33DB592DA555A044FC484D76204F8A | 07-20-2020 16:05:23 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 28 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 05-31-2020 13:41:40 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 29 | Info Hash: D87F96E2DE48F924F8E375EE26C21F6ECABC68A1<br>File Hash: BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 04-12-2020 00:17:16 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 30 | Info Hash: C2EF944821A1758590D2113DA95DB5C8A0F5C836<br>File Hash: 9D6C6E2FBCDCA1B60A984FA9D30855136294F9EF3462CBF0232BA90D81E03596 | 04-05-2020 14:55:16 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 31 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 02-22-2020 15:58:58 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 32 | Info Hash: A91425617DC2F4DC5ABB082BC1182D5F7A163A9D<br>File Hash: ABA0424F65EC92EE16295DE76D13C431CC311A43A536275F5AA3B6C17087D90C | 02-19-2020 02:26:40 | Tushy | 02-15-2020 | 03-15-2020 | PA0002240542 |